IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 4:18-cr-062-01-DGK |
| ERIC L. MACK, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge John Maughmer (Doc. 42), to which no objection has been filed, Defendant's plea of guilty is accepted.

Defendant is adjudged guilty of such offense.

Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date: May 22, 20202

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT